DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FEMI ADEWUMI,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D2024-2272

[November 13, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Olga G. Levine, Judge; L.T. Case No. COINX23070738.

K. Brian Roller and Melissa Mazzitelli of Roller Law Group, North Miami Beach, for appellant.

Kristi B. Rothell of Rothell Law Group, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***